UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

WESTLAKE VINYLS, INC.

     Plaintiff,

v.

GOODRICH CORPORATION,

     Defendant and Third-Party Plaintiff,

v.

POLYONE CORPORATION,

     Third-Party Defendant.

Civil Action No. 5:03 CV 240-TBR

## AGREED ORDER DISMISSING ALL CLAIMS

Upon motion of the parties to the action, and the Court being otherwise duly and sufficiently advised, IT IS HEREBY ORDERED THAT:

(1) all claims asserted by Goodrich Corporation ("Goodrich") against Westlake Vinyls, Inc. ("Westlake") in this civil action are dismissed with prejudice, including but not limited to: (A) all claims for RCRA Permit, PCAP, and investigation and/or remediation costs that are associated with the Calvert City Site that were paid on or before July 31, 2007, as those terms are defined in the Settlement and Release Agreement ("Agreement"), and (B) all claims for attorneys' fees and litigation expenses;

(2) all claims asserted by PolyOne against Westlake in this civil action are dismissed with prejudice, including but not limited to all claims for attorneys' fees and litigation expenses;

(3) all claims asserted by Westlake against Goodrich in this civil action are dismissed with prejudice, including but not limited to all claims for attorneys' fees and litigation expenses;

(4) all claims asserted by Goodrich against PolyOne in this civil action, are dismissed with prejudice, including but not limited to, all claims alleged in the third party complaint, Goodrich's claims against PolyOne for costs paid by Goodrich through July 31, 2007, any and all claims for attorney fees and litigation costs, and all claims asserted or alleged by Goodrich against PolyOne in any filings in this civil action, including but not limited to motions to dismiss and motions for summary judgment; and

(5) all claims asserted by PolyOne against Goodrich in this civil action are dismissed with prejudice, including but not limited to all claims alleged in the third party counterclaim, any and all claims for attorney fees and litigation costs, and all claims asserted or alleged by PolyOne against Goodrich in any filings in this civil action, including but not limited to motions to dismiss and motions for summary judgment.

By agreement of the parties, the effective date of this order is December 28, 2007.